IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3151 |
| vs. | ORDER |
| TERRELL B. SULLIVAN, | |
| Defendant. | |

IT IS ORDERED that Motion to Dismiss Information to Establish Prior Conviction Pursuant to Plea Agreement, Filing no. 64, is granted.

Dated this 30th day of December 2019.

BY THE COURT:

*Richard G Kopf*

Senior United States District Judge