IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:18CR3151** |
| vs. | |
| TERRELL B. SULLIVAN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

(1)     Plaintiff shall file a response to Defendant's Motion Under 28 U.S.C. § 2255 (Filings 72 and 73) on or before January 19, 2021.

(2)     The Clerk of Court shall change the CM/ECF response due date for Filing 72 to January 19, 2021.

Dated this 17th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge