IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRELL B. SULLIVAN,

    Defendant.

4:18CR3151

**JUDGMENT**

    IT IS ORDERED that judgment is entered dismissing with prejudice the pending § 2255 motion and any amendments or supplements thereto. No certificate of appealability has been or will be issued.

    Dated this 1st day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge