IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TERRELL B. SULLIVAN,<br><br>　　　　　　Defendant. | 4:18CR3151<br><br>**ORDER** |

　　After careful consideration,

　　IT IS ORDERED that the defendant's reply (Filing 78), treated as a motion, is denied.

　　Dated this 18th day of February, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　Senior United States District Judge