IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TERRELL B. SULLIVAN,<br><br>  Defendant. | 4:18CR3151<br><br>**ORDER** |

Mr. Sullivan has filed a motion for compassionate release (Filing 88). However, Mr. Sullivan has not alleged that he has pursued his administrative remedies. I will hold his motion in abeyance for 60 days. At a minimum, Mr. Sullivan should seek "compassionate release" from the warden at the facility at which he is presently being held. He should complete the "request for administrative remedy" (BP-9 form).

IT IS ORDERED that Mr. Sullivan's motion (Filing 88) will be held in abeyance for 60 days to give Mr. Sullivan the opportunity to file evidence or amend his motion to show that he has pursued exhaustion of his administrative remedies.

Dated this 26th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge